IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| SANDS BEACH CLUB HPR, D/B/A, SANDS BEACH CLUB HOA, | Civil Action No.: 4:19-cv-00868-SAL |
| Plaintiff, | |
| v. | **STIPULATION OF <u>DISMISSAL WITH PREJUDICE</u>** |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, | |
| Defendants. | |

It is hereby stipulated between the parties to this action that this case be and hereby is dismissed, discontinued, and forever ended with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear their own attorney's fees and costs.

**WE STIPULATE:**

BARTH, BALLENGER & LEWIS, LLP

  s/Kevin M. Barth
Kevin M. Barth, Fed. ID No.: 1583
Post Office Box 107
Florence, SC 29503
Telephone:  843-662-6301
Email:  kbarth@bbllawsc.com
*Attorney for Plaintiff*

NELSON MULLINS RILEY & SCARBOROUGH, LLP

  s/Robert C. Calamari
Robert C. Calamari, Fed ID No.: 5735
Post Office Box 3939
Myrtle Beach, SC 29578
Telephone:  843-946-5660
Email:  bob.calamari@nelsonmullins.com
*Attorney for Defendant MESA Underwriters Specialty Insurance Company*

April 29, 2020
Charleston, SC

**WE STIPULATE:**

TURNER PADGET GRAHAM & LANEY, PA

  s/John S. Wilkerson, III
John S. Wilkerson, III, Fed. ID No.: 4657
Post Office Box 22129
Charleston, SC  29413-2129
Telephone:  843-576-2801
Email:  jwilkerson@turnerpadget.com
*Attorneys for Travelers Casualty and Surety Company of America*